UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RECARDO G. TURNER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. McCALL, et al.,<br><br>　　　　Defendants. | 1:13-cv-01611-BAM (PC)<br><br>ORDER TO SUBMIT APPLICATION<br>TO PROCEED IN FORMA PAUPERIS<br>OR PAY FILING FEE WITHIN 45 DAYS |

　　　Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed an application to proceed in forma pauperis, but the form application he submitted lacks the requisite authorization for deduction of the filing fee from Plaintiff's trust account as funds are available. 28 U.S.C. § 1915.

　　　Accordingly, IT IS HEREBY ORDERED that:

1. Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action.
2. **No requests for extension will be granted without a showing of good cause**; and
3. **The failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

　　Dated:　**October 9, 2013**　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1