# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RECARDO G. TURNER,<br><br>            Plaintiff,<br><br>    v.<br><br>J. McCALL, et al.,<br><br>            Defendants. | 1:13-cv-01611-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR WAIVER OF SERVICE AND TO BE PROVIDED THE U.S.M.-285 FORMS AND COPY OF THE COMPLAINT FOR U.S. MARSHAL SERVICE<br><br>(ECF No. 15) |

Plaintiff Anthony Recardo G. Turner ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on July 23, 2013, and the matter was transferred to this Court on October 1, 2013.

On October 23, 2013, Plaintiff filed the instant motion requesting waiver of service and to be provided the U.S.M. 285 forms and copy of the complaint for service by the United States Marshal. (ECF No. 15.) Plaintiff's request is premature.

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity and/or against an officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). Plaintiff's complaint, or any portion thereof, is subject to dismissal if it is frivolous or malicious, if it fails to state a claim upon which relief may be granted, or if it seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1), (2); 28 U.S.C. § 1915(e)(2)(B)(ii). The Court will direct the United States Marshal to serve Plaintiff's complaint only <u>after</u> the Court has screened the complaint and determined that it contains a

cognizable claim for relief against a named defendant. Plaintiff's complaint is currently in the screening stage and has not been ordered served on any defendant. Plaintiff's complaint will be screened in due course. However, Plaintiff is advised that the Court maintains a high volume of cases and that the Court screens complaints in the order they are received.

Accordingly, Plaintiff's request to be provided with U.S.M. 285 forms and complaint for service is HEREBY DENIED as premature.

IT IS SO ORDERED.

Dated:   **October 24, 2013**               /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE