UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RECARDO G. TURNER,<br><br>Plaintiff,<br><br>v.<br><br>J. McCALL, et al.,<br><br>Defendants. | Case No.: 1:13-cv-01611-LJO-BAM (PC)<br><br>ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT<br>(ECF No. 21) |

Plaintiff Anthony Recardo G. Turner ("Plaintiff"), a state prisoner, proceeded pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On October 29, 2013, the Court found Plaintiff subject to 28 U.S.C. § 1915(g), denied Plaintiff's application to proceed in forma pauperis and dismissed this action without prejudice to refiling with the submission of the $400.00 filing fee in full. (ECF No. 19.) Plaintiff did not appeal. However, on February 10, 2014, Plaintiff filed the instant motion to proceed in forma pauperis. (ECF No. 21.) As this action was dismissed and closed, Plaintiff's motion to proceed in forma pauperis is DENIED as moot.

IT IS SO ORDERED.

Dated: **February 12, 2014**   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE