UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RECARDO G. TURNER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. McCALL, et al.,<br><br>　　　　Defendants. | Case No.: 1:13-cv-01611-LJO-BAM (PC)<br><br>ORDER DISREGARDING PLAINTIFF'S AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS<br><br>(ECF No. 23) |

　　　　Plaintiff Anthony Recardo G. Turner ("Plaintiff"), a state prisoner, proceeded pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On October 29, 2013, the Court found Plaintiff subject to 28 U.S.C. § 1915(g), denied Plaintiff's application to proceed in forma pauperis and dismissed this action without prejudice to refiling with the submission of the $400.00 filing fee in full. (ECF No. 19.) Plaintiff did not appeal.

　　　　On February 10, 2014, more than three months after this action was dismissed, Plaintiff filed a motion to proceed in forma pauperis. (ECF No. 21.) As this action was dismissed and closed, the Court denied Plaintiff's motion to proceed in forma pauperis as moot on February 12, 2014. (ECF No. 22.)

　　　　On February 18, 2014, Plaintiff filed the instant document, which is entitled "Form 4. Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis." (ECF No. 23, p. 1.)

1

1 | There is no pending appeal and this action is closed.  Accordingly, Plaintiff's affidavit is HEREBY
2 | DISREGARDED.
3 | IT IS SO ORDERED.

4
5
Dated: **February 27, 2014**       /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE